The Honorable Joan B. Gottschall
United States District Court


Dear Judge Gottschall,                                                      April 10, 2007


I am writing to you today because my Fiancé, James Levin, has a case set for sentencing before you on May 2nd, 2007. I want to tell you a little bit about Jim in a way that you would not have otherwise known.
I have been with Jim for over 7 years now and we have been engaged for the last 3 years. I know as much about Jim as a partner in life can know about the other. We share our home, our dreams, our fears, our laughter, our joys and our sorrows.
I will try over the next few paragraphs to give you a glimpse of a man that I love dearly. I am writing to you because I am sure that over the past few months from the brief appearances, and from the words on pieces of paper, you will have to form an opinion of a man that will stand before you and place all of his hopes in your hands. I feel it is only fitting that you should hear from one of the people whose hopes reside in your hands as well.
There are many things I can tell you about Jim that he would never himself say because he is either too modest or he doesn't believe that it needs to be told. I believe you should know more about the three dimensional person that I know.

Let me start by saying I have known Jim for over 7 years ago and before all of this started. It was love at first site and it was everything I could have dreamed for. He was confident, handsome, secure, attentive, a good friend to all, a good son and an awesome father. He was recently divorced and was very sensitive to his children. He had very specific views on the correct way of approaching our relationship when it came to them. He asked that I do not visit or call when he had them pursuant to his custody. He asked that I understand that they had just gone thru a devastating period in their lives, and he thought it would not be fair to introduce them to someone new especially not knowing what was going to happen with us. He did not want them getting attached to someone who would not be a permanent fixture in their lives. I did not meet the children for over a year, nor did I see Jim during the weekdays when he had the children, nor every other weekend did he have the children either. This made Jim all the more the love of my life. As he has always told me "his children did not ask to come into this world and it is his responsibility to make it the best world he can for them". I know he believes this and lives with this in his heart.
His children are the most difficult part of this entire ordeal for him. It is not losing all his money, filing for bankruptcy, loss of friendships, effect upon his confidence, loss of material things, the loss of respect of others, nor hearing the whispers about him as he sees people he has known in business, politics and life for many years, but the possibility of losing the respect of his children and disappointing them which is his greatest concern.

They will always love him as he is a remarkable father. He is so disappointed in himself. He has always taught them to protect their name, their reputation, their morals and their values as they can not be easily fixed once you have compromised them.

I want you to know that Jim believes there are 2 types of people in the world. The first are the victims. It is never their fault, but always someone else's fault. The second is types are those that take ownership. From day one Jim has taken full ownership and never played the victim. He is so remorseful and sincerely feels terrible about all this. Not so much for himself, but for putting his family, children and myself thru this ordeal.
He has told me that he can handle whatever is to happen and "that which that does not kill him only will make him stronger". He has told me what he is putting me through is not what I signed up for, and that I should feel free to find someone who does not have all this going on in their life. I obviously love Jim, and I am here with him for all the good, the bad and the ugly. For I see Jim for what he really is.

Jim is the most loving, giving and truly wonderful person the world will ever know. I imagine that everyone who writes to you about a loved one facing your decisions must say the same thing. So I want to give you some examples.

For nearly the last 12-15 years Jim has silently, and without any fanfare, been involved in The Chicago Public Schools- Chicago Sun-Times Letters to Santa Program. Jim gets letters from underprivileged school children (approximately 30 students a year) and buys them all presents from Santa. These are presents they request in their letters and they would not receive any present on Christmas if not for Jim. Besides the presents they request, Jim also gets them a learning tool such as a Leapfrog computer. Jim dresses up as one of Santa's helpers and brings the presents to their classroom on the last day of class before Christmas break. Jim tells the students what good boys and girls they have been and that because they have worked so hard in school Santa wants them to enjoy their gifts from Santa directly from his helper (Jim). He memorizes something about every little boy and girl so he can personalize this experience to them and tells them a story about them from Santa.
One year, Jim remembered from his letter to Santa that this little boy wanted to grow up and be a pilot. Jim told this little boy if he received good grades, listened to his teachers and his parents that when he grows up and if he is indeed becomes a pilot that Santa wants him to pilot his sleigh on Christmas Eve. The boy's eyes got as big as saucers. This story was about hope and opportunity. Jim says everyone needs hope and opportunity or they have nothing. He has continued this tradition even when he had no money so he would not disappoint the children. Jim says that if one child grows up and remembers how important that day was to them, and then continues this tradition in their own way then his efforts were all worth while. I am enclosing a copy of a letter from a couple of the teachers.

Jim, I and his children, volunteer every year to serve the homeless and less privileged each Thanksgiving at Holy Name Cathedral. It has been Jim's belief, for over 20 years now, that it is your job in life to give back. Not only when times are good, but also during bad times, and times when your faith has been tested. If you were to contact Kristen from Holy Name, you would find out that every year, without fail, Jim takes this day to give back to those less fortunate than him.

For more than 20 years, Jim has volunteered for the Chicago Club for the deaf. He spearheaded their annual Christmas dinner and used his connections to get all the food, drinks, cookies, clothes and toys donated to this organization. He, along with Delores King from the Chicago Club for the Deaf, hosted a dinner for underprivileged deaf children and their families. They bring in a "signing Santa" which allows deaf children to communicate with Santa. There are also signing clowns and face painters. They gave gifts and clothes to over 400 deaf children and their families. Jim funded whatever he could not get donated. Again all of this without any fanfare.
His grandparents were both deaf, and he saw firsthand what a traumatic effect it had on families firsthand. He saw that being handicapped left you at a severe disadvantage and vowed to help even when he could not afford it.

Jim has also been very involved, and on the board of, The Chris Chelios Children's Charities. He has helped raise millions of dollars over the last 12 years for various children charities thru their golf tournaments.
All of the above examples are indications of Jim's charitable nature which he has made a way of life. These are not the actions of one merely looking to appear charitable for their own benefit.

Jims Father was diagnosed with Alzheimer's about 5 years ago. He ultimately passed away from a result 2 years ago in February. During his fathers illness Jim arranged for his Father to see the world renowned Dr. Mezulam, at Northwestern Hospital. Jim personally accompanied his father to every appointment with Dr. Mezulam and his countless other Doctor appointments. Jim was the glue for his family and kept them all together at a very difficult time. He stood by his Fathers bedside, and even slept at the hospital for a week straight, while his Father passed away.

Jim's mother and father were lifetime sweethearts and were married for 55 years without spending one night apart until his Fathers death.
His mother became ill shortly after his fathers passing and had experienced 2 heart attacks and a stroke. Jim moved his Mother in with us and we took complete care of her. Not only caring for her health with weekly Doctor appointments, but weekly hair appointments and her social calendar, as well, so she could keep some dignity about her, and keep her lifelong friendships which meant so much to her.
Jim although strapped for money, supported his mother as best he could.
Recently, his mother was hospitalized for 6 weeks and passed away on March 18th. Jim spent every day at the hospital and lived there when she went into Hospice for the final 2 weeks leading up to her passing. If his Mother could be here his mother would tell you that she would tell you that Jim was the family's rock and glue and kept them together.

Every holiday, birthday, etc., Jim and I have all the family together for lunch or dinner. It is so important to him because those are the lessons that he had always been taught. He firmly believes that family is the most important thing you have in life. These, as well as many of life's lessons, are what Jim teaches his children on a daily basis.

His involvement in his children's lives is huge. He made sure when he their mother got divorced, that they knew it was not their fault. . He has remained a steady influence in their life. He has never missed a sporting event, a parent teacher conference, or a weekend with them, etc. He refused to let them be a victim to divorce. I knew going into this relationship that I would always take a second seat to his children. I knew this because this is what Jim told me. To be honest, I would not have wanted it any other way. It is part of why I love him so much. How can you not love and adore someone who loves the lives he brought into this world as much as he does.

I have told you much about Jim. So much that you would not know otherwise because Jim would not tell anyone.

People ask me why at 30 years of age I stuck by Jim and why throughout this terrible ordeal I continue to stick by him. I stick by him because I know the real Jim. Not the Jim the public saw standing next to his friend, the Former President Clinton. Not the Jim that people read about in the newspapers. But the Jim I know.

He is one of the most giving, caring, loving, compassionate, and smartest people I have ever met or will have the distinct privilege of loving for the rest of my life. Jim and I were supposed to get married 2 years ago in April, but the passing of his Father and then taking care of his Mother postponed our vows. This is the last chapter that we have to put behind us so Jim and I can move on with our lives.

We have all become stronger, smarter and wiser. I know Jim will not ask you for anything as he accepts responsibility, and consequently his fate. He is extremely remorseful, and through all of this extremely sorry. He is sorry for what he has put his children, his family, and me through. I can tell you that he is a very good person who has done so much good his whole life and deserves some goodness back to him.

As I said, Jim would not ask for a break, but I am. I would really appreciate it if somewhere in this you see the good that Jim brings to everyone around him, to the world and to me. I need him and I need him here with me. So I beg your leniency and your compassion.

I truly appreciate you taking the time to read this letter.

Sincerely,

Lisa Elder

January 14, 2005

Dear Jim and Lisa,

My Preschool class is sending you a project painted with their own fingers. The children and I want to "Thank you" for your generous gift. The parents also wanted to know how they could say thank you and I told them that your act of kindness is a wonderful example to follow. We hope you enjoy their abstract painting and continue to do acts of kindness to those less fortunate.

I personally want to Thank you for on December 17th, 2004 you made a teacher cry. To see your generosity, motivated my son; we strongly believe as a family in volunteering and this

was a strong motivation for my son, Chris. There were many emotions that day because each and every letter was read. Santa is always someone you can depend on to fill that empty shoe. The children at this age will never forget that someone cared so highly of them that they in return will someday follow in your foot-steps.

    I personally want to thank you once again for affecting the lives of others. I have worked endlessly for the past twenty-three years and have never regretted the path I chose; thank you for your generosity once again and for the happy moments you brought to all of us!

    Sincerely,

    Martha Dominguez-Diaz, Teacher
    Chicago Public Schools - J. Ortiz de Dominguez School

P.S.
If we can ever be of help, let me know at the following email: Cahuetena@aol.com



Dear Mr. Jenn,

I know that words cannot truly express the gratitude I feel for your generosity. I spend everyday with my students, wishing that I could grant their every desire. When a stranger steps in and makes such an enormous gift, my heart swells with joy. In these difficult times it takes someone of tremendous spirit to offer his own time and money to brighten the holidays of children he has never met. I wish you every happiness and joy this holiday season. You will always be remembered in my own heart and the hearts of my students.

*M*ay this joyous season
bring us all together
in peace
and hope and love.

Sincerely,

Mrs. Angela Barnett
Teacher of Room 208
Whittier School

P.S. Come visit us on our website after the holidays.
www.whittier.cps.k12.il.us

Your Honor,

I am writing this letter on behalf of my good friend, Jim Levin. I am told he is before you in the very near future regarding disposition of his sentencing pursuant to his recent plea in court.

I would join the chorus of people that I would imagine have contacted you to request leniency in Jim's case.

I have known Jim for almost 20 years now. I have always known him to be a caring, honorable, friendly, charismatic, hard working, family oriented person.

I recognize, as does he, that he has made some mistakes in his life as have we all. I know for a fact that he is truly remorseful. I also know that he has done a lot more good for many people in his life than he has done bad to anyone.

I have known Jim socially for the years that I have already mentioned. He has always been totally respectful, interested in other's well being, and a friend to anyone in need.

I also know of his years of charitable contributions. He is one of those people who has given of his time, as well as, his money. I truly believe that those who give of their time are the true givers since time is significantly more valuable than money. Jim has given money when he can, and time even when he could not give money. He doesn't give like most people just to say that he has given or for the tax write off. He gives because he truly believes in helping others who are less fortunate.

I also know Jim to be a person with an excellent work ethic. He is tireless in his pursuit of business opportunities intended to put straight his financial situation which has deteriorated greatly in the past few years. He does this because he is a born worker, and because he wants very badly to support his fiancé and children to afford them the best lives possible.

That brings me to his family. As I am sure you have been made aware by others, Jim was extremely close with both his mother and father throughout their lives. He was a devoted son, and a selfless caregiver during both of their later years and final days. Both of his parents, now recently deceased, were very fortunate to have his love and devotion during their greatest struggles. They both died knowing they were cared for as only a devoted loved one could provide.

This level of family devotion extends to Jim's children also. He is a fantastic father who is dearly loved by all of his children. There is nothing Jim would not do for his kids and they are truly blessed to have him as a father. If for no other reason, leniency in this case would be warranted in the interest of these beautiful, well mannered kids who have been so fortunate to have Jim as their father, and who would suffer greatly in his absence.

For all of the above reasons, and, especially because I know from many extensive conversations that I have had with Jim, that he is truly remorseful and understands the errors he has made, I implore you to consider the difficult times Jim has been through in the past few years as more than enough punishment. I know that the entire experience has been a great lesson to him and that he is more committed than ever to lead an exemplary life for both himself and his family.

Thank you very much for your consideration.


My best regards,

Doug Simons

Maria L. Spiwak
9016 Keating Ave, Apt 1B
Skokie, IL 60076
847.213.0533-H
312.504.0488-C
773.243.1603-W

April 19, 2007

The Honorable Joan B. Gottschall
United States District Court

Dear Ms. Gottschall,

Please let me introduce myself, my name is Maria Spiwak and I'm the younger sister of Jim Levin.

What I'd like to say about him is that in the years I was growing up he was my pillar of strength and to this day he continues be the 'glue' that keeps our family together which is what our parents would have wanted.

These past few years since my father passed away from Alzheimers Jim was very involved in getting the best possible care. Of late, he was at my Mother's side & took care of her in his (as well as his 3 children) home with no help because he would not allow her to be in a nursing home.

Through the years he was involved in numerous community service efforts such as coordinating & sponsoring the Christmas party for the deaf @ the Chicago Deaf Society and continues to every year with our rabbi Douglas Goldhammer. He is an involved parent with his children who still reside with him.

As I said before he is a pillar of strength to our whole family and I wish you would take into consideration what I've said. We need him dearly!

I want to thank you very much for taking the time out to read this note.

Best Regards,

*[signature: Maria Spiwak]*

Maria L. Spiwak

Dear Judge Gottschall,

My name is Mary Levin and I am writing to you on behalf of my former husband, Jim Levin. It is my understanding in early May he will stand before you and receive a sentence that you deem appropriate.

Jim and I have three children together. Our daughter is sixteen, and two son that are fifteen and ten. Though divorced, Jim plays a very active role in the children's lives. It would be nothing short of devasting for them if he did time away. They are at extremely impressionable ages and the impact on them would be severe.

Jim is a wonderful and caring father. He not only adheres to his visitation schedule, but spends additional time going to the children's practices and games, helps with school work, drives to organized activities, and plays a role in their daily life.

I can only imagine the thought and consideration you put into determining the outcome of each case. I am writing to you in hopes that you will consider my request for Jim not spending time in jail.

With much appreciation,

*Mary Levin*

Mary Levin